UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-2390-GW-RAOx | Date | November 27, 2023 |
|---|---|---|---|
| Title | *Elizabeth Fajardo Lomeli v. Nissan North America, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement was filed on November 26, 2023 [18]. The Court hereby vacates all currently set dates, and sets an order to show re: settlement hearing for February 26, 2024 at 8:30 a.m. The parties are to file a joint status report and/or a stipulation to dismiss by noon on February 22, 2024.

:

Initials of Preparer    JG