JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-2390-GW-RAOx | Date | February 23, 2024 |
|---|---|---|---|
| Title | *Elizabeth Fajardo Lomeli v. Nissan North America, Inc., et al.* | | |

Present: The Honorable  **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                           None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER DISMISSING ACTION WITHOUT PREJUDICE**

    This matter is currently set for a order to show cause re settlement hearing on February 26, 2024 based on the parties' notice to the Court that they had settled the matter in principle. The parties have submitted a joint status report (ECF No. 21) which states *inter alia* "the Parties respectfully requests that the Court continue the February 26, 2024 Order to Show Cause hearing for 60 days to allow the Parties to finalize the settlement. In the alternative, the Parties request that the Court Order that this action be dismissed without prejudice, and the Court continues to retain jurisdiction . . . ."
    In light of the report, the Court dismisses this action without prejudice with the Court retaining jurisdiction to reopen the matter and/or to enforce the terms of the settlement upon the application of any party.

                                                                                                                                                                       :

Initials of Preparer      JG